**Order entered November 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01144-CR

**ERNEST EDWARD GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-56570-S**

## ORDER

Before the Court is Ernest Gaines's November 21, 2016 Motion for Extension of Time to File Appellant's Brief. Gaines tendered his appellate brief contemporaneously with the motion. On November 17, 2016, on our own motion, we ordered Gaines, through counsel, to file his brief by November 28, 2016. Accordingly, we **DENY** Gaines's November 21, 2016 motion as moot. We **DIRECT** the Clerk to file the brief tendered by Gaines on November 21, 2016.

/s/  ROBERT M. FILLMORE
    JUSTICE